No. 82–5323. TREADWAY *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 82–5324. FARRAKHAN *v.* MCKESSON CHEMICAL CO. C. A. 8th Cir. Certiorari denied.

No. 82–5325. CROOKS *v.* CITY OF AKRON ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–5330. STANDARD *v.* REES, WARDEN, KENTUCKY STATE REFORMATORY, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–5380. MCCLELLAN *v.* SMITH, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–5399. STAGO *v.* FAUST, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5402. WILSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–5404. DI PIETRO ET AL. *v.* DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 82–5406. LAFFERTY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 82–5412. TANNENBAUM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 82–5414. MORGAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–5415. ROMIEH *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.